O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McDADE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PASADENA DET. D. CARTER, ) <br> DET. SCHWAB, CHIEF PHILLIP ) <br> SANCHEZ, CITY OF PASADENA, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV 13-09323 DDP (JEMx) <br><br> **ORDER GRANTUNG DEFENDANTS' UNOPPOSED MOTION TO DISMISS** <br><br> [Dkt. No. 7] |

    Presently before the court is Defendants' Motion to Dismiss Defendants Sanchez and Schwab (Dkt. No. 7).  Plaintiff Kenneth McDade, represented by counsel, has not opposed the motion. Accordingly, the court GRANTS Defendants' Motion to Dismiss.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. CAL. L.R. 7-12.

The hearing on Defendants' motion was noticed for February 10, 2014. Plaintiff's opposition was therefore due by January 20, 2014. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: January 24, 2014

DEAN D. PREGERSON
United States District Judge